# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2389
_____

Rolandis Larenzo Chatmon

*Plaintiff - Appellant*

v.

Dexter Payne, Director, Arkansas Department of Correction, et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: January 06, 2022
Filed: January 11, 2022
[Unpublished]

_____

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Rolandis Chatmon appeals following the district court's[1] adverse grant of summary judgment on his claim that defendants used excessive force against him. We affirm the grant of summary judgment, see Cockram v. Genesco, Inc., 680 F.3d 1046, 1051 (8th Cir. 2012), as Chatmon provided no evidence that any defendants acted maliciously or sadistically, see Hudson v. McMillian, 503 U.S. 1, 7 (1992); Ward v. Smith, 844 F.3d 717, 719-22 (8th Cir. 2016); United States v. Miller, 477 F.3d 644, 647 (8th Cir. 2007).

We also conclude that the court did not abuse its discretion in denying Chatmon's motion to compel. See Vallejo v. Amgen, Inc., 903 F.3d 733, 742 (8th Cir. 2018); Butler v. Fletcher, 465 F.3d 340, 346 (8th Cir. 2006).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.